IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLOTTE CUNO, et al.,

                Plaintiff,        Case No. 3:00 CV 7247

-vs-

                              O R D E R

DAIMLERCHRYSLER, INC., et al.,

                Defendant.

KATZ, J.

This case is before the Court following a remand by the Sixth Circuit Court of Appeals (Doc. No. 76), subsequent to a determination by the United States Supreme Court on May 15, 2006, that the Plaintiffs have no standing regarding their challenge to the franchise tax credit issue (Doc. No. 74). *See DaimlerChrysler Corp. v. Cuno*, 126 S.Ct. 1854 (2006). As a result of that determination, this federal court has no jurisdiction over the subject matter in this case.

In light of the decisions noted above, this Court will *sua sponte* reconsider Plaintiffs' motions to remand (Doc. Nos. 12 & 18) and grant same.

This case is hereby remanded to the Lucas County Court of Common Pleas.

IT IS SO ORDERED.

                                                  s/ *David A. Katz*
                                                  DAVID A. KATZ
                                                  U. S. DISTRICT JUDGE